IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| HAL SMITH | § | |
| | § | |
| V. | § | NO. 1:06-CV-697 |
| | § | |
| ALLSTATE TEXAS LLOYD'S | § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on November 8, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court remand this case to the 356th Judicial District Court of Hardin County, Texas.

The magistrate judge's report is hereby **ADOPTED**. This case is **REMANDED** to the 356th Judicial District Court of Hardin County, Texas. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **15** day of **December, 2006.**

_____
Thad Heartfield
United States District Judge